02-12-052-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00052-CV

 


 
 
 John Faltynski, F&F Land Company, Inc., and
 Kelli Freeman as Administrator of the Estate of Harry Freeman
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Sonya Bell, Individually and as Surviving Parent
 and Representative of the Estate of Jeffrey Muriel, Jr., Deceased; Donald
 Cain, Sr., Individually and as Surviving Parent and Representative of the
 Estate of Donald Cain, Jr., Deceased; CYNTHIA DENTON, INDIVIDUALLY; DESSANDRA
 TATE, INDIVIDUALLY AND AS SURVIVING SPOUSE AND REPRESENTATIVE OF THE ESTATE
 OF CHARLES TATE, jR., DECEASED, AND AS NEXT FRIEND OF AALIYAH TATE, A MINOR;
 CHARLES TATE, SR., INDIVIDUALLY AND AS SURVIVING PARENT OF CHARLES TATE, jR.,
 DECEASED; TERESA COLEMAN JORDAN, INDIVIDUALLY AND AS SURVIVING PARENT OF
 CHARLES TATE, JR., DECEASED; AND VERNITA WALKER, INDIVIDUALLY AND AS
 REPRESENTATIVE OF THE ESTATE OF CARL MELVIN FIELDS, JR., DECEASED
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 348th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On July
31, 2012, we notified appellants that their brief had not
been filed as required by Texas Rule of Appellate Procedure 38.6(a).  See Tex.
R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of
prosecution unless appellants or any party desiring to
continue this appeal filed with the court within ten days a response showing
grounds for continuing the appeal.  See Tex. R. App. P. 42.3.  We have
not received any response.

Because
appellants' brief has not been filed, we dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

Appellants
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED: 
August 23, 2012









[1]See Tex. R. App. P. 47.4.